450 A.2d 1067

Commonwealth v. Lieb, Appellant.

Argued January 5, 1982.

Arthur Lucian Zulick, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Order affirmed.